# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No. 05-081 (MJD/JGL) |
| Plaintiff, | |
| v. | **ORDER** |
| **FERNANDO PILLADO,** | |
| Defendant. | |

## APPEARANCES

Lisa Kirkpatrick, Esq., Assistant United States Attorney, for Plaintiff United States of America

Lyonel Norris, Esq., for Defendant

MICHAEL J. DAVIS, United States District Court

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated April 21, 2005; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED** that:

Defendant Fernando Pillado's Pretrial Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 14) is **DENIED**.

Dated: May 31, 2005

                                          s/ Michael J. Davis
                                          MICHAEL J. DAVIS
                                          United States District Court